**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIRAM BRINSON, ) | NO. ED CV 11-0869 VBF (FMO) |
| Plaintiff, ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| LARRY GORDON, et al., ) | |
| Defendants. ) | |

On June 3, 2011, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees. On June 20, 2011, the court ordered plaintiff to pay an initial partial filing fee of $12.17 in accordance with 28 U.S.C. §1915 by July 20, 2011. (See Court's Order of June 20, 2011). It appears from the record that plaintiff has failed to pay the initial partial filing fee or make any subsequent payments as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **April 17, 2012**, plaintiff shall pay the initial partial filing fee of $12.17 or the action will be dismissed.

Dated this 28th day of March, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge