# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRAM BRINSON, | NO. ED CV 11-0869 VBF (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LARRY GORDON, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 14, 2012.

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE